

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| IN RE | § | |
| | | No. 08-16-00082-CV |
| AUTOZONERS, LLC | § | |
| | | AN ORIGINAL PROCEEDIG |
| AND AUTOZONE, | § | |
| | | IN MANDAMUS |
| RELATORS | § | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Relators' motion to dismiss this original proceeding because the parties have resolved the underlying dispute. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the original proceeding. Costs are assessed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).


September 14, 2016

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.